# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00668-CV

---

**In re Alice Byrd**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Alice Byrd filed an emergency motion asking this Court to stay foreclosure proceedings scheduled for September 2, 2025, on real property to which she contends she has legal title and that is the subject of an appeal on rehearing before this Court. We construed Byrd's emergency motion as a petition for writ of injunction and, on August 29, 2025, we issued an order prohibiting Respondent Nationstar Mortgage, LLC, from selling, conveying, leasing, encumbering, or otherwise disposing of any part or parcel of certain real property identified in the pleadings in the trial court's Cause Number 22-069 to preserve the status quo while the Court considered Relator's motion for rehearing in related cause number 03-24-436, *Alice Byrd v. Nationstar Mortgage, LLC*.

Having considered the parties' filings, the applicable law, and the record, we determine that Relator is not entitled to the extraordinary relief she seeks. We accordingly deny Relator's petition and dissolve our prior order of August 29, 2025, that effectively granted Relator's emergency motion for stay.

_____

Rosa Lopez Theofanis, Justice

Before Justices Theofanis, Crump, and Ellis

Filed:   November 26, 2025